500 A.2d 805

**Richard A. TRONZO, Thomas J. Keefe and Paul Bobak, Petitioners,**

**v.**

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Nov. 19, 1985.

Petition for Allowance of Appeal GRANTED, Nos. 112–114 W.D. Appeal Docket 1985.